IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **GINGER LEIGH SHREWSBURY,** )<br>)<br>Plaintiff,  )<br>) | Civil Action No. 7:11cv229 |
| v.  )<br>) | |
| **MICHAEL J. ASTRUE,**  )<br>**Commissioner of Social Security,**  )<br>) | |
| Defendant.  ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion entered this date, it is hereby **ORDERED** that the Commissioner's Motion for Summary Judgment (Dkt. # 16) is **GRANTED,** plaintiff's Motion for Summary Judgment (Dkt. # 14) is **DENIED**, and this matter is hereby **DISMISSED** from the active docket of the court.

Entered:  July 9, 2012

/s/ Robert S. Ballou

Robert S. Ballou
United States Magistrate Judge