IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **GINGER LEIGH SHREWSBURY,** | ) |
| | ) |
|     Plaintiff, | ) |
| | )   Civil Action No. 7:11cv229 |
| v. | ) |
| | ) |
| **MICHAEL J. ASTRUE,** | ) |
| **Commissioner of Social Security,** | ) |
| | ) |
|     Defendant. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion entered this date, it is hereby **ORDERED** that the Commissioner's Motion for Summary Judgment (Dkt. # 16) is **GRANTED,** plaintiff's Motion for Summary Judgment (Dkt. # 14) is **DENIED**, and this matter is hereby **DISMISSED** from the active docket of the court.

    Entered: July 9, 2012

    /s/ Robert S. Ballou

    Robert S. Ballou
    United States Magistrate Judge